UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMON CALHOUN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF HERCULES POLICE DEPARTMENT, et al.,<br><br>　　　　Defendants. | Case No. 14-cv-01684-VC<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME**<br><br>Re: Dkt. No. 13 |

　　　The Court GRANTS the plaintiff's Request for Extension of Time. The plaintiff shall file a response to the defendants' Motion to Dismiss (Docket No. 11) on or before **May 14, 2014**. The defendants shall file any reply on or before **May 21, 2014**.

　　　The plaintiff is reminded that, pursuant to the Civil Local Rules, "[a] party manually filing an administrative motion to enlarge or shorten time must deliver a copy of the motion, proposed order and supporting declaration to all other parties on the day the motion is filed" and must file a certificate of service with the Office of the Clerk. L.R. 5-2(a), 6-3(c).

　　　For the plaintiff's benefit, the Court directs his attention to the Handbook for Pro Se Litigants, which is available on the Court's website at http://cand.uscourts.gov/proselitigants. The plaintiff is also encouraged to contact the Legal Help Center, 450 Golden Gate Avenue, 15th Floor, Room 2796, Telephone number 415-782-8982, for free legal advice regarding his claims.

　　　**IT IS SO ORDERED.**

Dated: May 13, 2014

_____
VINCE CHHABRIA
United States District Judge