Gregory M. Fox, State Bar No. 070876
Meaghan A. Snyder, State Bar No. 279392
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone:    (415) 353-0999
Facsimile:    (415) 353-0990
e-mail: gfox@bfesf.com
          msnyder@bfesf.com

Attorneys for Defendants
City of Hercules, Officer Robert Pesmark
and Officer Dwayne Collard

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMON CALHOUN,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF HERCULES POLICE DEPARTMENT, et al.,<br><br>    Defendants. | Case No. 14-cv-01684-VC<br><br>**STIPULATION AND [PROPOSED] ORDER MOVING INITIAL CASE MANAGEMENT CONFERENCE DATE AND RULE 26 DATES**<br>`AS MODIFIED`<br><br>Hon. Vince Chhabria |

The initial Case Management Conference is currently scheduled for Friday, July 25, 2014 at 2:00 p.m. However, defendants have filed a Motion to Dismiss Plaintiff's First Amended Complaint and the Motion is set to be heard on September 18, 2014 at 10:00 a.m.

As there is not yet an operative complaint on file, the parties respectfully request that the Court move the Initial Case Management Conference to a date after the Hearing on Defendants' Motion to Dismiss Plaintiff's First Amended Complaint.  The parties suggest that the Initial Case Management Conference be moved from Friday, July 25, 2014 at 2:00 p.m. to Friday, October 3, 2014 at 2:00 p.m., with a joint Case Management Conference statement to be filed on or before Friday, September 26, 2014.

The parties further agree that at the time of the Case Management Conference hearing, the date of Rule 26 disclosures should be re-scheduled to a new date to allow time for a ruling on the Motion to

1

STIPULATION AND [PROPOSED] ORDER MOVING INITIAL CASE MANAGEMENT
CONFERENCE DATE AND RULE 26 DATES
*Calhoun v. City of Hercules Police Department, et. al.*, USDC Northern Dist. Case No. 3:14-cv-01684-VC

Dismiss, the parties review of said decision, and the results of the Case Management Conference, all of which will help frame the issues.

Based on this good cause the parties, defendants acting by and through their legal counsel and plaintiff acting in pro per, stipulate and request that the Court order the stipulation of the parties and that the Initial Case Management Conference be continued from July 25, 2014 at 2:00 p.m. to October 3, 2014 at 2:00 p.m. A joint Case Management Conference Statement is to be filed on or before Friday, September 26, 2014. The date for Rule 26 disclosures will be set by the Court at the continued initial Case Management Conference on October 3, 2014 if the Court approves this stipulation.

SO STIPULATED:

DATED: July 14, 2014          ROMON CALHOUN

                              By: _____
                                  ROMON CALHOUN
                                  Plaintiff in Pro Per


DATED: July 10, 2014          BERTRAND, FOX & ELLIOT


                              By: _____/s/_____
                                  GREGORY M. FOX
                                  MEAGHAN A. SNYDER
                                  Attorneys for the Defendants
                                  CITY OF HERCULES, OFFICER PESMARK,
                                  and OFFICER COLLARD

**ATTORNEY ATTESTATION**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document.

Dated: July 10, 2014                    _____/s/_____
                                         Meaghan A. Snyder

2
STIPULATION AND [PROPOSED] ORDER MOVING INITIAL CASE MANAGEMENT

ORDER

Having considered the stipulated request of the parties, and good cause appearing the Court orders as follows:

The Initial Case Management Conference will be continued from July 25, 2014 at 2:00 p.m. to October 7, 2014, at 10:00 a.m. ~~October 3, 2014 at 2:00 p.m.~~. A joint Case Management Conference Statement is to be filed by September 30, 2014. ~~September 26, 2014~~. The date for Rule 26 disclosures will be set by the Court at the continued initial Case Management Conference on October 7, 2014. ~~October 3, 2014~~.

IT IS SO ORDERED.

DATED: July 16, 2014  _____



IT IS SO ORDERED AS MODIFIED
Judge Vince Chhabria

---

3

STIPULATION AND [PROPOSED] ORDER MOVING INITIAL CASE MANAGEMENT CONFERENCE DATE AND RULE 26 DATES
*Calhoun v. City of Hercules Police Department, et. al.*, USDC Northern Dist. Case No. 3:14-cv-01684-VC

## CERTIFICATE OF SERVICE

I, the undersigned, declare that I am employed in the County of San Francisco, California; I am over the age of eighteen years and not a party to the within cause; and my business address is 2749 Hyde Street, San Francisco, California 94109.

I am readily familiar with the practice of Bertrand, Fox, & Elliot with respect to the collection and processing of pleadings, discovery documents, motions and all other documents which must be served upon opposing parties or other counsel in litigation. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

On **July 14, 2014**, I served the following document(s):

**STIPULATION AND [PROPOSED] ORDER MOVING INITIAL CASE MANAGEMENT CONFERENCE DATE AND RULE 26 DATES**

on the following interested parties:

Romon Calhoun                                   *Pro Se Plaintiff*
P.O. Box 251
Richmond, CA  94808

Said service was performed in the following manner:

**(X)   BY U.S. POSTAL SERVICE (Mail):** I placed each such document in a sealed envelope addressed at noted above, with first-class mail postage thereon fully prepaid, for collection and mailing at San Francisco, California, following the above-stated business practice, on this date.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed **July 14, 2014**, at San Francisco, California.

_____
Cynthia Sheppard