UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMON CALHOUN,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF HERCULES POLICE DEPARTMENT, et al.,<br><br>    Defendants. | Case No.  14-cv-01684-VC<br><br>**ORDER APPOINTING COUNSEL** |

    Because the __plaintiff_____ has requested and is in need of counsel to assist him in this matter and a volunteer attorney is willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project, ___John Rossiter, Joren Ayala-Bass, and Joachim Steinberg, of the law firm Perkins Coie LLP_____ are hereby appointed as counsel for ___Romon Calhoun_____ in this matter.

    The scope of this referral shall be for:

    ☐   all purposes for the duration of the case

    X   the limited purpose of representing the litigant in the course of

        ☐   mediation

        ☐   early neutral evaluation

        ☐   settlement conference

        ☐   briefing ☐ and hearing on the following motion (e.g., motion for summary judgment or motion to dismiss): _____
_____

    X   discovery as follows: __For the purpose of taking the deposition of Officer Collard and the deposition of Mr. Chan._____

    ☐   other:
_____
_____

    All proceedings in this action are hereby stayed until four weeks from the date of this order.  Counsel shall be familiar with General Order No. 25 and the Federal Pro Bono Project Guidelines posted on the Court's website. The case management conference previously scheduled for December 2, 2014 has been rescheduled to January 6, 2015, at 10:00 a.m. An updated case management statement shall be filed no later than December 30, 2014.

**IT IS SO ORDERED**.

Dated: November 25, 2014

_____
VINCE CHHABRIA
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ROMON CALHOUN, | Case No. 14-cv-01684-VC |
|---|---|
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| CITY OF HERCULES POLICE DEPARTMENT, et al., | |
| Defendants. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 11/25/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Romon Calhoun
P.O. Box 251
Richmond, CA 94808


Dated: 11/25/2014


Richard W. Wieking
Clerk, United States District Court

By:_____

Kristen Melen, Deputy Clerk to the
Honorable VINCE CHHABRIA

3