John S. Rossiter, State Bar No. 151113
JRossiter@perkinscoie.com
Joren S. Ayala-Bass, State Bar No. 208143
JBass@perkinscoie.com
Joachim B. Steinberg, State Bar No. 298066
JSteinberg@perkinscoie.com
PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA  94111-4131
Telephone:      (415) 344-7000
Facsimile:       (415) 344-7050

Attorneys for Plaintiff
ROMON CALHOUN

Gregory M. Fox, State Bar No. 070876
Meaghan A. Snyder, State Bar No. 279392
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone:      (415) 353-0999
Facsimile:       (415) 353-0990
e-mail: gfox@bfesf.com
            msnyder@bfesf.com

Attorneys for Defendants
City of Hercules and
Officer Dwayne Collard

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMON CALHOUN,<br><br>　　　Plaintiff,<br><br>v.<br><br>CITY OF HERCULES POLICE DEPARTMENT, et al.,<br><br>　　　Defendants. | Case No. CV 14-01684-VC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING SELECTION OF MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE PURPOSES**<br><br><br>Hon. Vince Chhabria |

At the Further Case Management Conference held on January 6, 2015 before Judge Vince Chhabria, the parties were ordered to submit a stipulation and proposed order regarding their preference

1

STIPULATION AND [PROPOSED] ORDER REGARDING ASSIGNMENT OF MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE PURPOSES
*Calhoun v. City of Hercules Police Department, et. al.*, USDC Northern Dist. Case No. 3:14-cv-01684-VC

as to a Magistrate Judge for purposes of conducting a Settlement Conference.

The parties have met and conferred and agree to the assignment of Magistrate Judge Maria-Elena James for a settlement conference.

SO STIPULATED:

Dated: January 12, 2015                                    PERKINS COIE LLP

By: _____/s/_____
John S. Rossiter
Joren S. Ayala-Bass
Joachim B. Steinberg
Attorneys for Plaintiff Romon Calhoun
Limited Scope Representation

Dated: January 12, 2015                                    BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

By: _____/s/_____
Gregory M. Fox
Meaghan A. Snyder
Attorneys for Defendants
City of Hercules, Officer Robert Pesmark
and Officer Dwayne Collard

**ATTORNEY ATTESTATION**

I hereby attest that plaintiff's counsel Mr. Steinberg has reviewed this stipulation and proposed order and authorized me to show his consent by his signature indicated by a conformed signature ("/s/") within this E-filed document.

Dated: January 12, 2015                                    _____/s/_____
Meaghan A. Snyder

2
STIPULATION AND [PROPOSED] ORDER REGARDING ASSIGNMENT OF MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE PURPOSES
*Calhoun v. City of Hercules Police Department, et. al.*, USDC Northern Dist. Case No. 3:14-cv-01684-VC

# **ORDER**

Having considered the stipulated request of the parties, and good cause appearing the Court orders as follows:

The parties are hereby assigned to Magistrate Judge Maria-Elena James for a Settlement Conference to be completed by May 15, 2015.

IT IS SO ORDERED.

DATED: January 14, 2015

THE HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am employed in the County of San Francisco, California; I am over the age of eighteen years and not a party to the within cause; and my business address is 2749 Hyde Street, San Francisco, California 94109.

I am readily familiar with the practice of Bertrand, Fox, & Elliot with respect to the collection and processing of pleadings, discovery documents, motions and all other documents which must be served upon opposing parties or other counsel in litigation. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

On **January 12, 2015**, I served the following document(s):

**STIPULATION AND [PROPOSED] ORDER REGARDING SELECTION OF MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE PURPOSES**

on the following interested parties:

John S. Rossiter                              *Attorneys for Plaintiff*
Joren S. Ayala-Bass
Joachim B. Steinberg
PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA  94111-4131

Said service was performed in the following manner:

( X )   BY U.S. POSTAL SERVICE (Mail): I placed each such document in a sealed envelope addressed at noted above, with first-class mail postage thereon fully prepaid, for collection and mailing at San Francisco, California, following the above-stated business practice, on this date.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed **January 12, 2015**, at San Francisco, California.

_____
Cynthia Sheppard