UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROMON CALHOUN,

        Plaintiff,

    v.

CITY OF HERCULES POLICE DEPARTMENT, et al.,

        Defendants.

Case No. 14-cv-01684-VC

**ORDER DENYING MOTION FOR RECONSIDERATION**

Re: Dkt. No. 59

Calhoun's motion for reconsideration is denied.

**IT IS SO ORDERED.**

Dated: September 10, 2015

_____
VINCE CHHABRIA
United States District Judge